IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SCOTT M. BYCZEK,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-434-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Scott M. Byczek awarding attorney fees and expenses under the Equal Access to Justice Act, 28 U.S.C., § 2412,  in the amount of $8,000.00.

|  |  |
|---|---|
| s/K. Jacobson, Deputy Clerk | 6/18/2014 |
| Peter Oppeneer, Clerk of Court | Date |